**SPIROFLOW SYSTEMS, INC.,**
**Plaintiff–Appellant,**

v.

**FLEXICON CORPORATION,**
**Defendant–Appellee.**

No. 2008–1034.

United States Court of Appeals,
Federal Circuit.

June 10, 2008.

W. Thad Adams, III, Adams Intellectual Property Law, P.A., of Charlotte, NC, argued for plaintiff-appellant. With him on the brief was Stephen S. Ashley, Jr.

Randolph J. Huis, Volpe and Koenig, P.C., of Philadelphia, PA, argued for defendant-appellee. With him on the brief were Stephen B. Schott. Of counsel on the brief were Michael S. Connor, Lance A. Lawson, and Brian F. McMahon, Alston & Bird, LLP, of Charlotte, NC. Of counsel was John J. O'Malley, Volpe and Koenig, P.C., of Philadelphia, PA.

Before RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.